**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID GILMOUR MUSIC LTD.,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:18-cv-05777

Judge Andrea R. Wood

Magistrate Judge Sheila M. Finnegan

### <u>SATISFACTION OF JUDGMENT</u>

WHEREAS, a judgment was entered in the above action on October 17, 2018 [35], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 31 | chenping92 |
| 55 | mingyouer |
| 61 | qiushuiwanqian |
| 33 | chunchunxiaopu |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: August _20_ , 2019                Respectfully submitted,


Yi Bu

Yi Bu (Bar No. 6328713)

JiangIP LLC

233 South Wacker Drive, 84th Floor

Chicago, Illinois 60606

Telephone: 312-283-8091

Email: yanling@jiangip.com

**_ATTORNEY FOR PLAINTIFF_**



Subscribed and sworn before me by Yi Bu, on this _20_ th day of August, 2019.

Given under by hand and notarial seal.


Ollie B. Jones

Notary Public


OFFICIAL SEAL
**OLLIE B. JONES**
Notary Public - State of Illinois
My Commission Expires 4/07/2022

State of _Illinois_

County of _Cook_