**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

David Gilmour Music Ltd.
v.

The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-05777

Judge: Honorable Andrea R. Wood

## Notice of Removal of Material from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, David Gilmour Music Ltd.

| | | |
|---|---|---|
| 09/10/2018 | 21 | BOND in the amount of $ 10,000.00 posted by David Gilmour Music Ltd. (yap, ) (Entered: 09/10/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026